# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   PATRICIA FREEMAN                                  Case No.: 10-03577

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/29/2010, and was converted to chapter 13 on 03/30/2010.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/10/2010.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
         Total paid by or on behalf of the debtor           $_____.00
         Less amount refunded to debtor                     $_____.00
**NET RECEIPTS**                                            $_____.00

**Expenses of Administration:**

         Attorney's Fees Paid through the Plan              $_____.00
         Court Costs                                        $_____.00
         Trustee Expenses and Compensation                  $_____.00
         Other                                              $_____.00

**TOTAL EXPENSES OF ADMINISTRATION**                        $_____.00

Attorney fees paid and disclosed by debtor                  $_____.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHILIP V MARTINO | PRIORITY | NA | NA | NA | .00 | .00 |
| PREFERRED CAPITAL LE | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| ADVANCE PHYSICIAN ME | UNSECURED | 2,500.00 | 2,490.00 | 2,490.00 | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 2,261.00 | 706.11 | 706.11 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| HISTON PRO | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| MORRIS MANAGEMENT | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,400.00 | 1,377.22 | 1,377.22 | .00 | .00 |
| ARROW FINANCIAL SERV | SECURED | 450.00 | .00 | .00 | .00 | .00 |
| HOUSEHOLD BANK | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| PEOPLES GAS LIGHT & | SECURED | 1,500.00 | .00 | .00 | .00 | .00 |
| DEPT OF UNEMPLOYMENT | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| ALLIED INT | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| WEST ASSET MANAGEMEN | SECURED | 725.00 | .00 | .00 | .00 | .00 |
| DEPT OF UNEMPLOYMENT | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| DEPENDON COLLECTION | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| FIRST CASH ADVANCE | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| TRINITY HOSPITAL | SECURED | 4,000.00 | .00 | .00 | .00 | .00 |
| AMERICAN FINANCIAL C | SECURED | 600.00 | .00 | .00 | .00 | .00 |
| BALLY TOTAL FITNESS | SECURED | 800.00 | .00 | .00 | .00 | .00 |
| ER COLLECTION | SECURED | 755.00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 5,000.00 | .00 | .00 | .00 | .00 |
| COMCAST | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLSTATE PROPERTY & | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | 1,500.00 | .00 | .00 | .00 | .00 |
| HERITAGE ACCEPTANCE | SECURED | 10,000.00 | .00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | SECURED | 7,000.00 | .00 | .00 | .00 | .00 |
| HOLY CROSS HOSPITAL | SECURED | 4,000.00 | .00 | .00 | .00 | .00 |
| INSTA CASH | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| EDWIN L FELD & ASSOC | SECURED | 2,500.00 | .00 | .00 | .00 | .00 |
| I C COLLECTION SERVI | SECURED | 700.00 | .00 | .00 | .00 | .00 |
| OAK LAWN POLICE | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| WOW CABLE | SECURED | 600.00 | .00 | .00 | .00 | .00 |
| T MOBILE | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| SPRINT | SECURED | 700.00 | .00 | .00 | .00 | .00 |
| ILLINOIS TITLE LOAN | SECURED | 1,100.00 | .00 | .00 | .00 | .00 |
| DEVON FIN SVC | SECURED | 1,500.00 | .00 | .00 | .00 | .00 |
| TCF BANK | SECURED | 400.00 | .00 | .00 | .00 | .00 |
| PEOPLES ENERGY | SECURED | 1,400.00 | .00 | .00 | .00 | .00 |
| CENTER FOR ANKLE & F | SECURED | 4,000.00 | .00 | .00 | .00 | .00 |
| FIRST CONSUMER | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| STANDARD AUTO SALES | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| US CELLULAR | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| SUN CASH | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| ILLINOIS LENDING COR | SECURED | 800.00 | .00 | .00 | .00 | .00 |
| NATIONAL QUICK CASH | SECURED | 600.00 | .00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| WOMENS WORKOUT WORLD | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| WASHINGTON MUTUAL BA | SECURED | 1,400.00 | .00 | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 804.80 | 804.80 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 141.00 | 141.00 | .00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | .00 | 6,072.89 | 6,072.89 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | 11,592.02 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/12/2010              /s/ Tom  Vaughn
                                  Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**